In the Matter of the Application of THOMAS F. COLLINS, Petitioner, against LEWIS J. VALENTINE, Police Commissioner of the City of New York,· Respond-

ent.— Determination of the police commissioner of the city of New York, finding the petitioner guilty, after trial, of charges duly preferred and dismissing him from the police department, unanimously confirmed, and certiorari proceeding dismissed, without costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Close, JJ.